# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: September 11, 2014        D-50-14

_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW
   § 468-a.

COMMITTEE ON PROFESSIONAL                 MEMORANDUM AND ORDER
   STANDARDS,                                   ON MOTION
                          Petitioner;

AMY ELIZABETH THOMPSON,
                          Respondent.

(Attorney Registration No. 2473965)

_____

Calendar Date: July 14, 2014

Before: Peters, P.J., Lahtinen, Stein, McCarthy and Garry, JJ.

_____

     Monica A. Duffy, Committee on Professional Standards, Albany, for petitioner.

     Amy Elizabeth Thompson, Red Bank, New Jersey, respondent pro se.

_____

Per Curiam.

     Respondent, who was admitted to practice by this Court in 1992, was suspended by this Court's order dated September 24, 2009 for failure to comply with the attorney registration requirements of Judiciary Law § 468-a (65 AD3d 1447 [2009]).

     Respondent now requests reinstatement on the ground that she has complied with the attorney registration requirements of Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and she is ordered reinstated, effective immediately.

Peters, P.J., Lahtinen, Stein, McCarthy and Garry, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court